### McWatty vs. Jefferson County.

CLAIM, FROM JEFFERSON. Homestead. Tax. Officers. Principle and Surety. County Matters. (Before Judge Carswell.)

Hall, J.—Where an execution has been issued against a defaulting county treasurer and his sureties for funds belong to the county in his hands, such execution will subject a homestead set apart to a surety of the treasurer. Code §§5210, 5211, 2002; 66 Ga., 199.

(a) The great bulk of the county revenue in the hands of the county treasurer arises from taxes; and if an execution issued against him and his sureties includes other funds than those from taxes, it could have been shown by them from his accounts. Code, §§528, 551, 552, subsecs. 1, 2, 509 525, 553, sub secs. 5 9.

Judgment affirmed.

W. L. Phillips, for plaintiff in error.

Gamble & Hunter, for defendant.

---

### Lorillard & Co. vs. Barrett & McMaster.

ATTACHMENT AND CLAIM, FROM CITY COURT OF RICHMOND COUNTY. (Before Judge Eve.)

Blandford, J.—Under §3293 of the Code, an attachment cannot issue until the debt is due, and where it was not so alleged, there was no error in dismissing the attachment. Acts 1871-2, p. 44; Acts 1878 9, p. 48; 52 Ga., 333

Judgment affirmed.

J. S. Hook, for plaintiffs in error.

J. S. & W. T. Davidson, for defendant.